**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**DOREEN JONES NORTON,**

        **Plaintiff,**

**v.**           **CASE NO.   3:05cv155/RV/EMT**
                                          **3:05cv157/RV/EMT**

**UNITED STATES OF AMERICA,**

        **Defendant.**
_____/

## ORDER OF DISMISSAL

This litigation has been compromised and settled between the parties in accordance with the stipulation filed herein.  Approval by "the court having jurisdiction of the action" is required.  §744.387(3)(a), Fla. Stat. (2005).  In light of the state probate court's authorization and approval of the minor settlement in Case No. 2006GA1435, [see, e.g., Comas v. Southern Bell Telephone and Telegraph Co., 657 F. Supp. 117 (S.D. Fla. 1987)], it is hereby ORDERED:

(1)  The settlement agreement reached between the parties in this cause, as reflected in the "Stipulation for Compromise Settlement and Release of Federal Tort Claims Act Claims Pursuant to 28 U.S.C. § 2677" (Doc. 13), and as approved of by the state probate court (Doc. 16), is accepted and approved.

(2)  This cause is hereby dismissed, with prejudice and without taxation of costs.

(3)  In the event this settlement is not consummated for any reason, the Court reserves the power, upon motion filed by any party within 60 days after the date of this order, to amend, alter, or vacate and set aside this order of dismissal.

DONE AND ORDERED this 20th day of October, 2006.

                                          /s/ *Roger Vinson*
                                          **ROGER VINSON**
                                          **Senior United States District Judge**